UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARYN SUE ELY,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant | Case No.: 11-04086 EMC<br><br>STIPULATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Karyn Ely may have an extension until July 23, 2012, in which to file plaintiff's motion for summary judgment.

This is plaintiff's first request.

Dated: June 19, 2012

*s/ Kenneth J. Collins*
KENNETH J. COLLINS
Attorney for Plaintiff

MELINDA L. HAAG
United States Attorney

Dated: June 19, 2012

*s/ Cynthia B. De Nardi*
CYNTHIA B. De Nardi
Special Assistant United States Attorney
(as authorized by email)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 21, 2012

Honorable
United States

IT IS SO ORDERED
Judge Edward M. Chen

-1-