UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARYN SUE ELY,<br><br>      Plaintiff,<br><br>      vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>      Defendant | Case No.: 11-04086 EMC<br><br>STIPULATION IN SUPPORT OF PLAINTIFF'S SECOND REQUEST FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Karyn Ely may have an extension until August 10, 2012, in which to file plaintiff's motion for summary judgment.

This is plaintiff's second request.

Dated: July 19, 2012

                                      *s/ Kenneth J. Collins*
                                      KENNETH J. COLLINS
                                      Attorney for Plaintiff

                                      MELINDA L. HAAG
                                      United States Attorney

Dated: July 19, 2012

                                      *s/ Susan Smith for Cynthia B. De Nardi*
                                      CYNTHIA B. De Nardi
                                      Special Assistant United States Attorney
                                      (as authorized by email)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 27, 2012

IT IS SO ORDERED
Judge Edward M. Chen

-1-