KENNETH J. COLLINS CSB 100579
Attorney at Law
P.O. Box 1193
Arcata, CA  95518
(707)822-1611 fax 822-1044
aew1950@yahoo.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARYN SUE ELY,<br><br>     Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>     Defendant | Civil No.: 11-04086 EMC<br><br>STIPULATION IN SUPPORT OF PLAINTIFF'S DISMISSAL OF COMPLAINT |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Karyn Ely dismisses the Complaint in the above-captioned case, each party to bear its own fees, costs, and expenses.


Dated:  August 15, 2012          /s/ Kenneth J. Collins
                                 KENNETH J. COLLINS
                                 Attorney for Plaintiff


Dated:  August 15, 2012          MELINDA L. HAAG
                                 United States Attorney

/s/ Cynthia B. De Nardi
CYNTHIA B. DE NARDI
Special Assistant United States Attorney
Attorneys for Defendant
(as authorized by email)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/16/12

IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA