KENNETH J. COLLINS CSB 100579
Attorney at Law
P.O. Box 1193
Arcata, CA 95518
(707)822-1611 fax 822-1044
aew1950@yahoo.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARYN SUE ELY,<br><br>      Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>      Defendant | Civil No.: 11-04086 EMC<br><br>STIPULATION IN SUPPORT OF PLAINTIFF'S DISMISSAL OF COMPLAINT |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Karyn Ely dismisses the Complaint in the above-captioned case, each party to bear its own fees, costs, and expenses.

Dated: August 15, 2012      /s/ Kenneth J. Collins
                            KENNETH J. COLLINS
                            Attorney for Plaintiff

Dated: August 15, 2012      MELINDA L. HAAG
                            United States Attorney

Stipulation In Support Of Plaintiff's Dismissal of Complaint
-1-

| | |
|---|---|
| 1 | /s/ Cynthia B. De Nardi |
| 2 | CYNTHIA B. DE NARDI |
| | Special Assistant United States Attorney |
| 3 | Attorneys for Defendant |
| | (as authorized by email) |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   8/16/12

*IT IS SO ORDERED*
Judge Edward M. Chen